983 So.2d 1245 (2008)
Henri Hubert TOLBERT, Appellant,
v.
Kathleen D. TOLBERT, Appellee.
No. 3D07-2316.
District Court of Appeal of Florida, Third District.
June 25, 2008.
Thomas H. Connors, Miami, and Mark Graham Hanson, Sarasota, for appellant.
Kathleen D. Tolbert, in proper person.
Before GERSTEN, C.J., RAMIREZ, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See §§ 741.30(6), 784.048, Fla. Stat. (2006); see also Abravaya v. Gonzalez, 734 So.2d 577 (Fla. 3d DCA 1999).